EXHIBIT 1

# PROFORMA

PAGE: 1 OF 1     Tel: +86 21 3512 4888

E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| 1. Shipper — Insert Name Address and Phone/Fax | Booking No. 6387099070 | Bill of Lading No. COSU6387099070 |
|---|---|---|
| PENTIGER VIETNAM COMPANY LIMITED<br>NO. 389 -391 TRUONG CHINH STREET,<br>KHUONG TRUNG WARD, THANH XUAN<br>DISTRICT, HANOI CITY,VIETNAM | Export References<br>SERVICE CONTRACT NUMBER SEN23145 | |
| 2. Consignee — Insert Name Address and Phone/Fax | Forwarding Agent and References FMC/CHB No. | |
| TPLOGIX, INC.<br>16480 HARBOR BLVD., SUITE 210,<br>FOUNTAIN VALLEY, CA 92708<br>TEL: 1 (562) 474-8460<br>EMAIL: CSR1@TPLOGIX.COM | Point and Country of Origin | |
| 3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | Also Notify Party-routing & Instructions | |
| TPLOGIX, INC.<br>16480 HARBOR BLVD., SUITE 210,<br>FOUNTAIN VALLEY, CA 92708<br>TEL: 1 (562) 474-8460<br>EMAIL: CSR1@TPLOGIX.COM | | |

| 4. Combined Transport * Pre-Carriage by | 5. Combined Transport * Place of Receipt<br>HAI PHONG,VN | | |
|---|---|---|---|
| 6. Ocean Vessel Voy. No.<br>CMA CGM YUKON 0TXHVE1MA | 7. Port of Loading<br>HAI PHONG | Service Contract No.<br>SEN23145 | Doc. Form No. |
| 8. Port of Discharge<br>LOS ANGELES | 9. Combined Transport * Place of Delivery<br>LOS ANGELES,CA | Type of Movement<br>FCL / FCL | CY-CY |

| Marks & Nos.<br>Container / Seal No. | No. of Container or Packages | Description of Goods (if Dangerous Goods, See Clause 21) | Gross Weight | Measurement |
|---|---|---|---|---|
| CSNU7999108 /2728058 / | | 370 CARTONS /FCL/FCL /40HQ/ | | |
| PO#:<br>ITEM/SKU#:<br>ITEM DESCRIPTION:<br>QUANTITY BY SIZE:<br>CARTON NUMBER: | 370 CARTONS | 100% COTTON MEN LONG SLEEVE SHIRT<br>PO#<br>PO0004086<br>PO0004087<br>PCS   CTNS<br>5649  240<br>3069  130<br>HS CODE:6205.20.2016<br>HBL: HNBO00489483<br>SCAC CODE: WNPD | 3051.300KGS | 29.6000CBM |
| OCEAN FREIGHT PREPAID<br>SHIPPER'S LOAD STOW COUNT AND SEAL<br>ON CY-CY TERM | | | | |

| Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract) |
|---|---|
| 10. Total Number of Containers and/or Packages (in words) Subject to Clause 8 Limitation of Liability | SAY ONE CONTAINER TOTAL |

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract.

The carrier has issued __3__ original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board   3 JUL 2024

Signed by:

**9805**  Date of Issue 3 JUL 2024   Place of Issue HAI PHONG CITY

Signed for the Carrier, COSCO SHIPPING LINES CO.,LTD.